1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CARROLL, | ) 1:07-cv-00222-LJO-TAG HC |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) RECOMMENDATION (Doc. 6) |
| | ) |
| v. | ) ORDER GRANTING MOTION TO DISMISS |
| | ) PETITION FOR WRIT OF HABEAS CORPUS |
| | ) (Doc. 5) |
| DENNIS SMITH, Warden, | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| Respondent. | ) |
| | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |

On February 9, 2007, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court. (Doc. 1).

On May 4, 2007, Respondent filed a motion to dismiss the petition as moot. (Doc. 5). On October 4, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss be granted. (Doc. 6). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Report and Recommendation, filed October 4, 2007 (Doc. 6), is ADOPTED IN FULL;

2.     Respondent's Motion to Dismiss (Doc. 5), is GRANTED;

3.     This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

4.     The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   November 4, 2007**          /s/ Lawrence J. O'Neill
                         UNITED STATES DISTRICT JUDGE